[No. 57507-4-I. Division One. September 18, 2006.]

*In the Matter of the Personal Restraint of* JASON SUTTON, *Petitioner.*

Petition for relief from personal restraint. *Granted* and *remanded* by unpublished opinion per Grosse, J., concurred in by Schindler, A.C.J., and Ellington, J.

[No. 57599-6-I. Division One. September 18, 2006.]

JOHN W. ENGER, *Appellant,* v. JOHN E. RICHARDS ET AL., *Respondents.*

Appeal from judgments of the Superior Court for King County, No. 02-2-14778-0, Linda Lau, J., entered September 21, October 18 and 29, and December 29, 2004, and January 6, and March 17, 2005. *Affirmed* by unpublished opinion per Agid, J., concurred in by Appelwick, C.J., and Baker, J.

[No. 33104-7-II. Division Two. September 19, 2006.]

THE CITY OF LAKEWOOD, *Appellant,* v. MARY ELIZABETH NORMAN, *Respondent.*

Appeal from a judgment of the Superior Court for Pierce County, No. 03-1-03196-0, Katherine M. Stolz, J., entered April 14, 2005. *Reversed* by unpublished opinion per Armstrong, J., concurred in by Quinn-Brintnall, C.J., and Penoyar, J.

[No. 33324-4-II. Division Two. September 19, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. NANG SAM, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 05-1-01502-2, Bryan E. Chushcoff, J., entered June 7, 2005. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Bridgewater and Armstrong, JJ.